UNITED STATES BANKRUPTCY COURT
For the District of Colorado

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 09-21745-MER |
| | ) | |
| Antonio Ambriz Garcia | ) | Chapter 7 |
| xxx-xx-9151 | ) | |
| | ) | |
| | ) | Filed June 16,2009. |
| | ) | |
| Debtor(s) | ) | |

**DEBTOR'S VERIFIED MOTION FOR CONTEMPT AGAINST OCWEN LOAN SERVICING, LLC AND NATIONSTAR MORTGAGE, LLC FOR VIOLATION OF THE DISCHARGE ORDER**

Antonio Ambriz Garcia (Debtor) through his attorney, Raphael M. Solot pursuant to 11 U.S.C. § 727 moves this Court to enter an Order finding Ocwen Loan Servicing, LLC and Nationstar Mortgage, LLC, in contempt of this Court for a knowing and willful violation of the Debtor's Discharge and in support of thereof states as follows:

1. This Court has jurisdiction over their proceedings pursuant to 28 U.S.C § 157 and §1334(b).
2. This is a core proceedings as defined by 28 U.S.C § 157(b)(1)
3. 11 U.S.C. § 105(a) and 11 U.S.C §727 support the relief requested herein.
4. Debtor filed his Voluntary Petition under chapter 7 of the Bankruptcy Code on December 9, 2009 (Docket # 1).
5. Ocwen Loan Servicing, LLC is a foreign limited liability company in good standing with the Secretary of State of Colorado and is a mortgage loan company
6. Nationstar Mortgage, LLC is a foreign limited liability company in good standing with the Secretary of State of Colorado and is a mortgage loan company.
7. Debtor duly listed the mortgage currently owned by Nationstar Mortgage LLC on Schedule D of debtor's bankruptcy schedules (Docket # 1, p. 16).

8. On his Statement of Intention Debtor declared his intention to surrender the property secured by a Deed of Trust currently owned by Nationstar Mortgage, LLC (Docket # 4).

9. Since the time of the filing of his bankruptcy petition, Ocwen Loan Servicing, LLC continually sent Debtor mortgage loan statements documenting his indebtedness to Ocwen Loan Servicing, LLC and requesting payment and attaching coupon payment slips, in spite of the fact that Ocwen reported the debt as being in bankruptcy on Debtor's credit reports.

10. Ocwen Loan Servicing, LLC has transferred the discharged debt to Nationstar Mortgage, LLC knowing that the debt was discharged in Debtor's bankruptcy proceedings.

11. Debtor now receives mortgage loan statements Nationstar Mortgage, LLC, dunning the Debtor for a payment of $185,000, relating to the residence located at 98 South Newland Street, Lakewood, CO 80226, which here again relates to the Property which was duly listed on Schedule D of his bankruptcy schedules and was surrendered in 2009

12. Debtor attempted to advise both Ocwen Loan Servicing, LLC and Nationstar Mortgage, LLC that their debt was discharged in his bankruptcy, but his protestations have been ignored.

13. The actions of Ocwen Loan Servicing, LLC and Nationstar Mortgage, LLC has exhibited a pattern of violating automatic stay orders and/or discharge injunctions issued by this Court.

Wherefore, Movant moves for an entry of an Order finding Ocwen Loan Servicing, LLC and Nationstar Mortgage, LLC in contempt of the Discharge injunction issued by this Court, awarding him damages for any pecuniary damage, damages for pain and suffering and emotional distress, punitive damages, attorney fees and costs together with such further relief as this Court deems just.

Dated this 6th day of August, 2013

Respectfully Submitted,

/s/Raphael M. Solot
Raphael M. Solot, Reg. No. 625
1660 S. Albion Street, Ste. 309
Denver CO 80222
Phone: 303-320-0066
Email: Ray291@ix.netcom.com

## VERIFICATION

Antonio Ambriz Garcia, under penalty of perjury states that the foregoing facts contained in the foregoing motion are true and correct to the best of his knowledge and belief

/s/ Antonio Ambriz Garcia
Antonio Ambriz Garcia

## CERTIFICATE OF SERVICE

The undersigned being over the age of 18 years of age and not a party to the matter upon which service is being made does hereby certify that the service of the Debtor's Verified Motion For Contempt Against Ocwen Loan Servicing, LLC And Nationstar Mortgage, LLC For Violation Of The Discharge Order and the Order To Show Cause Pursuant to Rule 9020, was made on the 6th day of August, 2013 by first class mail, postage prepaid address to:

Office of the U.S. Trustee
999 18th Street
Suite, 1551
Denver, Co 80202

Glen R. Anstine, Trustee
4704 Harlan St., Suite 320,
Denver, CO 80212

Antonio Ambriz Garcia,
49 S. Marshall Street,
Lakewood, CO 80226

Ocwen Loan Servicing, LLC,
c/o Corporation Service Company, Registered Agent,
1560 Broadway, Suite 2090,
Denver, CO 80202

Nationstar Mortgage, LLC,
c/o Corporation Service Company, Registered Agent,
1560 Broadway, Suite 2090,
Denver, CO 80202

Dated this 6th day of August 2013

Ecce Iei Mendoza, Asst. to
Raphael M.Solot
1660 S. Albion Street, #309
Denver, CO 80222.